**RESNICK & LOUIS, P.C.**
MELISSA J. ROOSE, ESQ.
Nevada Bar No.: 7889
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 702-8619
mroose@rlattorneys.com
*Attorney for Defendants,*
*Everett Snow and Century Companies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRON EDWARD JOHNSON, an individual; TAYE'DESHELLE ELLIOTT HENDERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT SNOW, an individual; CENTURY COMPANIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.:   2:25-cv-01100<br><br>**MOTION AND NOTICE TO REMOVE ATTORNEY AS COUNSEL OF RECORD** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendants, EVERETT SNOW and CENTURY COMPANIES, INC., hereby respectfully move this Honorable Court and provide notice that Benjamin La Luzerne, Esq. will no longer be counsel of record for Defendants as he is departing from the law firm of Resnick & Louis, P.C.

Melissa J. Roose, Esq. of RESNICK & LOUIS, P.C. will continue to serve as counsel of record for Defendants, EVERETT SNOW and CENTURY COMPANIES, INC.

///

///

///

1

1  All items including, but not limited to, pleadings, paper, correspondence, documents,
2 and future notices in this action should be directed to Melissa J. Roose, Esq. as counsel of record,
3 accordingly.

4 DATED this 3rd day of November 2025.   **RESNICK & LOUIS, P.C.**

   */s/ Melissa J. Roose*
   _____
   Melissa J. Roose, Esq., SBN: 7889
   8945 W. Russell Road, Suite 330
   Las Vegas, NV  89148
   *Attorney for Defendants,*
   *Everett Snow and Century Companies, Inc.*

**IT IS SO ORDERED**

**DATED:** 12:11 pm, November 04, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. §5(b), I hereby certify that service of the foregoing **MOTION AND NOTICE TO REMOVE ATTORNEY AS COUNSEL OF RECORD** was served this 3rd day of November, 2025, by:

[ ]   **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ]   **BY PERSONAL SERVICE**: by causing personal delivery by an uninterested third party of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to Rule 5(b)(2)(E).

[X]   **ELECTRONIC MAIL**: by causing said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified below

Pengxiang Tian, Esq.
PT LAW
2820 S. Jones Boulevard, Unit 1
Las Vegas, Nevada 89146
Tel: (702) 763-5557
Fax: (702) 956-8023
E-mail: Calvin@Ptlawlv.com
*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Shyanne Jackson*
　　　　　　　　　　　　　　　　　　　　　An Employee of Resnick & Louis, P.C.

3