**RESNICK & LOUIS, P.C.**
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No.: 14168
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3794
Facsimile: (702) 702-8619
mbeckstead@rlattorneys.com
*Attorneys for Defendants,*
*Everett Snow and Century Companies, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON EDWARD JOHNSON, an individual; TAYE'DESHELLE ELLIOTT HENDERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT SNOW, an individual; CENTURY COMPANIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.:   2:25-cv-01100-JAD-BNW<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Defendants, EVERETT SNOW and CENTURY COMPANIES, INC., by and through their attorney of record, MATTHEW B. BECKSTEAD, of the law firm Resnick & Louis, P.C., and Plaintiffs, BYRON EDWARD JOHNSON and TAYE'DESHELLE ELLIOTT HENDERSON, by and through their attorney of record, PENGXIANG TIAN, of the law firm PT Law (collectively, "Parties"), hereby stipulate to extend the deadlines in this action as set forth in the Court's current scheduling order [ECF No. 25]. The Parties hereby aver, under LR IA 6-1(a), that this is the second overall request for extended deadlines. The Parties are hereby seeking an

1

extension of 90 days.

## I.    DISCOVERY COMPLETED TO DATE

- Plaintiffs' initial and supplemental FRCP 26(a)(1) disclosures
- Defendants' initial and supplemental FRCP 26(a)(1) disclosures
- Deposition of Plaintiff Byron Edward Johnson
- Deposition of Plaintiff Taye'Deshelle Elliott Henderson
- Deposition of Defendant Everett Snow
- Deposition of Defendant Century Companies, Inc.'s 30(b)(6) witness
- The Parties have each served written discovery
- Defendants have subpoenaed insurance records

## II.    DISCOVERY TO BE COMPLETED

Discovery to be completed includes:

- Depositions of defendants' three expert witnesses
- Subpoenas for records regarding Plaintiff's claims history
- Supplemental expert reporting
- Additional written discovery, if necessary

## III.    REASON DISCOVERY HAS NOT BEEN COMPLETED

The Parties' work regarding discovery is actively ongoing, and it will continue in diligent fashion. The Parties have acted in good faith to request this extension, and none of them has a reason or intent to delay these proceedings or jury trial in this matter. The purpose of this stipulation to extend deadlines is to allow for Defendants to subpoena additional records regarding Plaintiff Henderson's preincident slip-and-fall incident at Smith's grocery store. Additionally, Defendants expect to serve supplemental expert disclosures to reflect additional records review and opinion.

## IV.    PRIOR SCHEDULE

According to the Court's current scheduling order [ECF No. 25] setting deadlines, the existing deadlines are:

|                            |          |
|----------------------------|----------|
| Initial Expert Disclosures: | Expired |
| Rebuttal Expert Reports:    | Expired |
| Close of Discovery:         | February 16, 2026 |
| Dispositive Motions:        | March 16, 2026 |
| Joint Pre-Trial Order:      | April 16, 2026 (or 30 days after on order on dispositive motions) |

## V.    PROPOSED SCHEDULE

|                        |          |
|------------------------|----------|
| Close of Discovery:    | May 18, 2026 |
| Dispositive Motions:   | June 17, 2026 |
| Joint Pre-Trial Order: | July 17, 2026 (or 30 days after on order on dispositive motions) |

If the Court grants this stipulation, all anticipated additional discovery should be concluded within the stipulated extended deadline, though experience suggests the parties may need to seek additional time to finalize discovery, such as remaining

///
///
///
///
///
///
///
///
///
///
///
///
///
///

3

expert or fact witness depositions. The Parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

Dated this 26th day of January 2026

**RESNICK & LOUIS, P.C.**

/s/ Matthew B. Beckstead
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorney for Defendants,*
*Everett Snow and Century Companies, Inc.*

Dated this 26th day of January 2026

**PT LAW**

/s/ Pengxiang Tian
PENGXIANG TIAN, ESQ.
Nevada Bar No. 15662
2820 South Jones Boulevard, Unit 1
*Attorneys for Plaintiffs,*
*Byron Edward Johnson and Taye'Deshelle Elliott Henderson*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2026

DATED this 26th day of January 2026.

**RESNICK & LOUIS, P.C.**

/s/ Matthew B. Beckstead
Matthew B. Beckstead, Esq., SBN: 14168
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorney for Defendants,*
*Everett Snow and Century Companies, Inc.*

4